IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03452-MSK-BNB

THE GREEN EARTH WELLNESS CENTER, LLC,

Plaintiff,

v.

ATAIN SPECIALTY INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order** [docket no. 35, filed September 29, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cutoff is extended to and including **October 31, 2014**, and the dispositive motions deadline is extended to and including **November 28, 2014**.


DATED: September 30, 2014