## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: March 2, 2015 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 13-cv-03452-MSK-NYW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| THE GREEN EARTH WELLNESS CENTER, LLC., | Robert Green |
| Plaintiff, | |
| v. | Melissa Ogburn |
| | Lauren Shannon |
| ATAIN SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Law and Motion

**10:13 a.m.** **Court in session.**

The Court addresses the motions filed at **Doc. #40 and 44.**

Argument.

**ORDER:** the Motions at Doc. **#40, 42 and 44 are WITHDRAWN**. Any new motion(s) will be filed by **April 30, 2015.** No extensions will be granted.

The Court addresses the motions filed at **Doc. #41 and 49.**

**ORDER:** The motions filed at **Doc. #41 and #49** are **DENIED** for the reasons set forth in the record**. By April 30, 2015**, the 702 Motion will be re-filed and a motion that addresses the discovery period will be filed.

**10:45 a.m.** **Court in recess.**

**Total Time:    32 minutes.**
**Hearing concluded.**