**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03452-MSK-NYW

GREEN EARTH WELLNESS CENTER LLC,

      Plaintiff,

v.

ATAIN SPECIALTY INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

      This civil action comes before the court on Plaintiff Green Earth Wellness Center, LLC's Motion for Leave to File Corrected Exhibits to Plaintiff's Previously Filed Response to Defendant's Motion to Compel [#43] and Response to Defendant's Motion for Summary Judgment [#51] (the "Motion"). [#66, filed February 27, 2015]. Pursuant to the Order Referring Case dated January 3, 2014 [#6] and the memorandum dated March 2, 2015 [#68], the matter was referred to this Magistrate Judge as to Plaintiff's request to file corrected exhibits to its Response to Defendant's Motion to Compel.

      IT IS ORDERED that the Motion [#66] is **GRANTED** to the extent Plaintiff seeks to file corrected exhibits to its Response to Defendant's Motion to Compel [#43].

DATED: March 10, 2015