IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03452-MSK-NYW

THE GREEN EARTH WELLNESS CENTER, LLC,

      Plaintiff,

v.

ATAIN SPECIALTY INSURANCE COMPANY,

      Defendant.

---

## PLAINTIFF'S NOTICE OF SETTLEMENT

---

Please take notice that Plaintiff The Green Earth Wellness Center, LLC and Defendant Atain Specialty Insurance Company have settled this action at mediation on July 26, 2016.

The parties expect to file a Stipulation of Dismissal on or before August 29, 2016.

DATED this 29th day of July, 2016.

Respectfully submitted,

**ROBERT D. GREEN & ASSOCIATES, P.C.**

*/s/ Robert D. Green*
Robert D. Green, #46875
Hunter M. Klein
440 Louisiana Street, Ste. 1930
Houston, Texas 77002
Telephone:  (713) 654-9222
Facsimile:  (713) 654-2155
e-mail:  green@greentriallaw.com

**ATTORNEY IN CHARGE FOR PLAINTIFF**

**BARTON LAW FIRM**

*/s/ Daniel P. Barton*
Daniel P. Barton, #49297
Wayne D. Collins
1201 Shepherd Drive
Houston, Texas 77007
Telephone: (713) 227-4747
Facsimile:  (713) 621-5900
Email:  dbarton@bartonlawgroup.com

**CO-COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July 2016, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants.

Melissa A. Ogburn
NIXON SHEFRIN HENSEN OGBURN, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
MOgburn@nixonshefrin.com

*/s/ Robert D. Green*
Robert D. Green